## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN CENTURY PROPRIETARY HOLDINGS, INC., | § § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION NO. H-05-2179 |
| AMERICAN CENTURY CASUALTY, | § § § | |
| Defendant. | § | |

### FINAL JUDGMENT

For the reasons stated in the Court's Order Rejecting the Magistrate Judge's Memorandum

and Recommendation, signed on the 10th day of May, 2007, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 10th day of May, 2007, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**